UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT MCCARTHY,

    Plaintiff,

v.

LITTIE B. NASH, et al.,

    Defendants.

Case No. 16-cv-02312-HSG

**ORDER TO SHOW CAUSE**

On April 27, 2016, Plaintiff Robert McCarthy filed this action against Defendants Trustee Littie B. Nash, Cappo Management XXVIII, and Joe Shaghasi, asserting violation of (1) the Americans with Disabilities Act ("ADA") and (2) California accessibility laws. Dkt. No. 1. On April 28, 2016, the Court entered the standard scheduling order for cases asserting denial of right of access under the ADA. Dkt. No. 4. Under the scheduling order, the last day for Plaintiff to file a "Notice of Need for Mediation" was September 21, 2016. *Id.* Plaintiff has failed to file any notice.

Accordingly, Plaintiff is ORDERED to show cause why he did not file a "Notice of Need for Mediation" by the Court's deadline. Plaintiff must file a short statement of no more than two pages explaining the status of this action by October 21, 2016.

**IT IS SO ORDERED.**

Dated: October 18, 2016

HAYWOOD S. GILLIAM, JR.
United States District Judge